1  STEVE W. BERMAN
   GEORGE W. SAMPSON
2  TYLER WEAVER
   HAGENS BERMAN SOBOL SHAPIRO LLP
3  1918 Eighth Avenue, Suite 3300
   Seattle, WA  98101
4  Telephone:  (206) 623-7292
   Facsimile:  (206) 623-0594
5  steve@hbsslaw.com
   george@hbsslaw.com
6  tyler@hbsslaw.com

7  JENNIFER FOUNTAIN CONNOLLY
   HAGENS BERMAN SOBOL SHAPIRO LLP
8  1629 K St. NW, Suite 300
   Washington, D.C.  20006
9  Telephone:  (202) 355-6435
   Facsimile:  (202) 355-6455
10 jenniferc@hbsslaw.com

11 *Attorneys for Plaintiffs*

12              UNITED STATES DISTRICT COURT
13              CENTRAL DISTRICT OF CALIFORNIA
14                   WESTERN DIVISION

CV 06-5024 SVW

15 IN RE LIVE CONCERT          Case No.: 2:06-MDL-01745 SVW
   ANTITRUST LITIGATION        (VBKx)
16
                               **JOINT STIPULATION OF**
17 _____     **DISMISSAL WITH PREJUDICE**
                               ⨎ ORDER
18 This document relates to all actions.   Hearing:    None
                               Time:       None
19                             Courtroom:  6
                               Judge:      Hon. Stephen V. Wilson
20                             Trial Date: None
21
22
23
24         IT IS SO ORDERED
25         Dated    JUN 2 2 2012

26         _____
           United States District Judge
27         STEPHEN V. WILSON
28

STIPULATED DISMISSAL

WHEREAS, this multidistrict litigation ("MDL") includes twenty-two actions consolidated for purposes of coordinated pretrial proceedings;

WHEREAS, the parties have reached a global settlement of all twenty-two actions in this MDL pursuant to which the parties have agreed to dismiss all twenty-two actions with prejudice;

NOW, THEREFORE, the parties, by and through their attorneys of record, and pursuant to Fed. R. Civ. P. 41(a)(1(A)(ii), hereby STIPULATE and AGREE that this MDL and the following member actions are hereby dismissed with prejudice:

(1)    *Malinda Riley v. Clear Channel Communications*, CV 06-2381-SVW (RCx) (Chicago Region);

(2)    *Hayes Young v. Clear Channel Communications, Inc.*, CV 06-3701-SVW (RCx) (New York/New Jersey Region);

(3)    *Adam Rosen v. Clear Channel Communications, Inc.*, CV 06-3965-SVW (RCx) (Boston Region);

(4)    *Margaret A Thompson v. Clear Channel Communications Inc et al.*, 2:05-cv-06704-SVW-VBK (Los Angeles Region);

(5)    *Lauren J Hammer v. Clear Channel Communications Inc.*, 2:06-cv-04987-SVW-VBK (Denver Region).

(6)    *Priscilla Diaz v. Clear Channel Communications, Inc.*, CV 06-2380-SVW (RCx) (South Florida Region);

(7)    *Mark Cooperberg v. Clear Channel Communications, Inc.*, CV 06-2382-SVW (RCx) (Philadelphia Region);

(8)    *Nicole Latour v. Clear Channel Communications Inc.*, CV 06-4973-SVW (RCx) (Northern California Region);

(9)    *James Friedman v. Clear Channel Communications, Inc.*, CV 06-4974-SVW (RCx) (Michigan Region);

1          (10)   *Corey Rosen v. Clear Channel Communications, Inc.*, CV 06-4980-

2    SVW (RCx) (Northern California Region);

3          (11)   *Jennifer Zbytowski v. Clear Channel Communications, Inc.*, CV 06-

4    4985(RCx) (Michigan Region);

5          (12)   *Coya Bailey v. Clear Channel Broadcasting, Inc.*, CV 06-4990-SVW

6    (RCx) (Carolina Region);

7          (13)   *Daniel Hull v. Clear Channel Communications, Inc.*, CV 06-5000-

8    SVW (RCx) (Atlanta Region);

9          (14)   *Terry Leitner v. Clear Channel Communications, Inc.*, CV 06-

10   5008(RCx) (Indiana Region);

11         (15)   *Kevin MacLaughlan v. Clear Channel Communications, Inc.*, CV 06-

12   5012 SVW (RCx) (Boston Region);

13         (16)   *Daniel Woodring v. Clear Channel Communications, Inc.*, CV 06-

14   5018-SVW (RCx) (Ohio Region);

15         (17)   *Melissa Lewis v. Clear Channel Communications, Inc.*, CV 06-5024-

16   SVW (RCx) (Philadelphia Region);

17         (18)   *Graham Sevier-Schultz v. Clear Channel Communications, Inc.*, CV

18   06-5058(RCx) (Houston Region);

19         (19)   *Katherine Ludt v. Clear Channel Communications, Inc.*, CV 06-5091-

20   SVW (RCx) (Wisconsin Region);

21         (20)   *Julie Walker v. Clear Channel Communications, Inc.*, CV 06-5653-

22   SVW (RCx) (District of Columbia Region);

23         (21)   *Cheryl Hintzen v. Clear Channel Communications, Inc.*, CV 06-7522-

24   SVW (RCx) (Arizona Region);

25         (22)   *Judy Kent v. Clear Channel Communications, Inc.*, CV 06-7523-SVW

26   (RCx) (Seattle Region).

27

28

Dated:  May 22, 2012

HAGENS BERMAN SOBOL SHAPIRO LLP


By: /s/ Jennifer F. Connolly
Jennifer F. Connolly
1629 K St. NW, Suite 300
Washington, D.C.  20006
Tel.:  (202) 355-6435
Fax:  (202) 355-6455
E-mail:  JenniferC@hbsslaw.com

Elaine T. Byszewski
Lee M. Gordon
HAGENS BERMA SOBOL SHAPIRO LLP
700 South Flower Street, Suite 2940
Los Angeles, CA  90017
Tel.: (213) 330-7150
Fax: (213) 330-7150
E-mail:  Lee@hbsslaw.com
          Elaine@hbsslaw.com

Steve W. Berman
George Sampson
Tyler Weaver
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Ave., Suite 3300
Seattle, WA  98101
Tel.: (206) 623-7292
Fax.: (206) 623-0594
Email:  steve@hbsslaw.com
          george@hbsslaw.com
          tyler@hbsslaw.com

Kenneth A. Wexler
Mark R. Miller
WEXLER WALLACE LLP
55 W. Monroe, Suite 3300
Chicago, IL  60603
Tel.: (312) 346-2222
Fax: (312) 346-0022
E-mail: kaw@wexlerwallace.com
          mrm@wexlerwallace.com

1

2  Lee Squitieri
   Olga A. Pettigrew
3  SQUITIERI & FEARON LLP
   32 East 57th Street, 12th Floor
4  New York, NY 10022
   Tel.: (212) 421-6492
5  Fax: (212) 421-6553
   E-mail: lee@sfclasslaw.com

6  ***Co-Lead Counsel and Executive Committee***
   ***Members***
7
   Jeffrey Kodroff
8  SPECTOR, ROSEMAN, KODROFF &
   WILLIS, P.C.
9  1818 Market Street, Suite 2500
   Philadelphia, PA 19103
10 Tel.: (215) 496 0300
   Fax: (215) 496 6611
11 E-mail: jkodroff@srkw-law.com

12 Nicholas Chimicles
   Kimberly Donaldson
13 CHIMICLES & TIKELLIS LLP
   361 W. Lancaster Avenue
14 Haverford, PA 19401
   Tel.: (610) 642-8500
15 Fax: (610) 649-3633
   E-mail: nick@chimicles.com
16                kimdonaldson@chimicles.com

17 Lance Harke
   HARKE & CLASBY
18 9699 NE Second Avenue
   Miami, FL 33138
19 Tel.: (305) 536-8220
   Fax: (305) 536-8229
20 E-mail: lharke@harkeclasby.com

21 Hollis Salzman
   LABATON SUCHAROW
22 140 Broadway
   New York, NY 10005
23 Tel.:(212) 907-0700
   Fax:(212) 818-0477
24 E-mail: hsalzman@labaton.com

25 ***Executive Committee Members***

26

27

28

Dated:  May 22, 2012

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation


By:   /s/ Jonathan M. Jacobson

Jonathan M. Jacobson
1301 Avenue of the Americas
40th Floor
New York, NY  10019
Telephone:  (212) 999-5800
Facsimile:  (212) 999-5899

Colleen Bal
Wilson Sonsini Goodrich & Rosati PC
650 Page Mill Road
Palo Alto, CA 94304
Telephone:  (650) 493-9300
Facsimile:  (650) 493-8111

MINTZ LEVIN COHN FERRIS GLOVSKY
AND POPEO, P.C
Harvey I. Saferstein
2029 Century Park East, Suite 1370
Los Angeles, California 90067
Telephone:  (310) 586-3200

***Attorneys for Defendants***