STEVE W. BERMAN
GEORGE W. SAMPSON
TYLER WEAVER
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
george@hbsslaw.com
tyler@hbsslaw.com

JENNIFER FOUNTAIN CONNOLLY
HAGENS BERMAN SOBOL SHAPIRO LLP
1629 K St. NW, Suite 300
Washington, D.C. 20006
Telephone: (202) 355-6435
Facsimile: (202) 355-6455
jenniferc@hbsslaw.com

*Attorneys for Plaintiffs*

FILED
CLERK U.S. DISTRICT COURT
JUN 22 2012
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

CV 06-5024 SVW

| | |
|---|---|
| IN RE LIVE CONCERT ANTITRUST LITIGATION | Case No.: 2:06-MDL-01745 SVW (VBKx) |
| | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE & ORDER** |
| This document relates to all actions. | Hearing: None |
| | Time: None |
| | Courtroom: 6 |
| | Judge: Hon. Stephen V. Wilson |
| | Trial Date: None |

IT IS SO ORDERED
Dated: JUN 22 2012

*[signature]*
United States District Judge
STEPHEN V. WILSON

STIPULATED DISMISSAL

1  WHEREAS, this multidistrict litigation ("MDL") includes twenty-two actions
2  consolidated for purposes of coordinated pretrial proceedings;
3  WHEREAS, the parties have reached a global settlement of all twenty-two
4  actions in this MDL pursuant to which the parties have agreed to dismiss all twenty-
5  two actions with prejudice;
6  NOW, THEREFORE, the parties, by and through their attorneys of record,
7  and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby STIPULATE and AGREE
8  that this MDL and the following member actions are hereby dismissed with
9  prejudice:
10  (1)   *Malinda Riley v. Clear Channel Communications*, CV 06-2381-SVW
11  (RCx) (Chicago Region);
12  (2)   *Hayes Young v. Clear Channel Communications, Inc.*, CV 06-3701-
13  SVW (RCx) (New York/New Jersey Region);
14  (3)   *Adam Rosen v. Clear Channel Communications, Inc.*, CV 06-3965-
15  SVW (RCx) (Boston Region);
16  (4)   *Margaret A Thompson v. Clear Channel Communications Inc et al.*,
17  2:05-cv-06704-SVW-VBK (Los Angeles Region);
18  (5)   *Lauren J Hammer v. Clear Channel Communications Inc.*, 2:06-cv-
19  04987-SVW-VBK (Denver Region).
20  (6)   *Priscilla Diaz v. Clear Channel Communications, Inc.*, CV 06-2380-
21  SVW (RCx) (South Florida Region);
22  (7)   *Mark Cooperberg v. Clear Channel Communications, Inc.*, CV 06-
23  2382-SVW (RCx) (Philadelphia Region);
24  (8)   *Nicole Latour v. Clear Channel Communications Inc.*, CV 06-4973-
25  SVW (RCx) (Northern California Region);
26  (9)   *James Friedman v. Clear Channel Communications, Inc.*, CV 06-4974-
27  SVW (RCx) (Michigan Region);
28

(10) *Corey Rosen v. Clear Channel Communications, Inc.*, CV 06-4980-SVW (RCx) (Northern California Region);

(11) *Jennifer Zbytowski v. Clear Channel Communications, Inc.*, CV 06-4985(RCx) (Michigan Region);

(12) *Coya Bailey v. Clear Channel Broadcasting, Inc.*, CV 06-4990-SVW (RCx) (Carolina Region);

(13) *Daniel Hull v. Clear Channel Communications, Inc.*, CV 06-5000-SVW (RCx) (Atlanta Region);

(14) *Terry Leitner v. Clear Channel Communications, Inc.*, CV 06-5008(RCx) (Indiana Region);

(15) *Kevin MacLaughlan v. Clear Channel Communications, Inc.*, CV 06-5012 SVW (RCx) (Boston Region);

(16) *Daniel Woodring v. Clear Channel Communications, Inc.*, CV 06-5018-SVW (RCx) (Ohio Region);

(17) *Melissa Lewis v. Clear Channel Communications, Inc.*, CV 06-5024-SVW (RCx) (Philadelphia Region);

(18) *Graham Sevier-Schultz v. Clear Channel Communications, Inc.*, CV 06-5058(RCx) (Houston Region);

(19) *Katherine Ludt v. Clear Channel Communications, Inc.*, CV 06-5091-SVW (RCx) (Wisconsin Region);

(20) *Julie Walker v. Clear Channel Communications, Inc.*, CV 06-5653-SVW (RCx) (District of Columbia Region);

(21) *Cheryl Hintzen v. Clear Channel Communications, Inc.*, CV 06-7522-SVW (RCx) (Arizona Region);

(22) *Judy Kent v. Clear Channel Communications, Inc.*, CV 06-7523-SVW (RCx) (Seattle Region).

| | | |
|---|---|---|
| 1 | Dated: May 22, 2012 | HAGENS BERMAN SOBOL SHAPIRO LLP |
| 2 | | |
| 3 | | By: /s/ Jennifer F. Connolly |
| 4 | | Jennifer F. Connolly |
| | | 1629 K St. NW, Suite 300 |
| 5 | | Washington, D.C. 20006 |
| | | Tel.: (202) 355-6435 |
| 6 | | Fax: (202) 355-6455 |
| | | E-mail: JenniferC@hbsslaw.com |
| 7 | | |
| 8 | | Elaine T. Byszewski |
| | | Lee M. Gordon |
| 9 | | HAGENS BERMA SOBOL SHAPIRO LLP |
| | | 700 South Flower Street, Suite 2940 |
| 10 | | Los Angeles, CA 90017 |
| | | Tel.: (213) 330-7150 |
| 11 | | Fax: (213) 330-7150 |
| | | E-mail: Lee@hbsslaw.com |
| 12 | | Elaine@hbsslaw.com |
| 13 | | Steve W. Berman |
| | | George Sampson |
| 14 | | Tyler Weaver |
| | | HAGENS BERMAN SOBOL SHAPIRO LLP |
| 15 | | 1918 Eighth Ave., Suite 3300 |
| | | Seattle, WA 98101 |
| 16 | | Tel.: (206) 623-7292 |
| | | Fax.: (206) 623-0594 |
| 17 | | Email: steve@hbsslaw.com |
| | | george@hbsslaw.com |
| 18 | | tyler@hbsslaw.com |
| 19 | | Kenneth A. Wexler |
| | | Mark R. Miller |
| 20 | | WEXLER WALLACE LLP |
| | | 55 W. Monroe, Suite 3300 |
| 21 | | Chicago, IL 60603 |
| | | Tel.: (312) 346-2222 |
| 22 | | Fax: (312) 346-0022 |
| | | E-mail: kaw@wexlerwallace.com |
| 23 | | mrm@wexlerwallace.com |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

```
 1
 2    Lee Squitieri
      Olga A. Pettigrew
 3    SQUITIERI & FEARON LLP
      32 East 57th Street, 12th Floor
 4    New York, NY 10022
      Tel.: (212) 421-6492
 5    Fax: (212) 421-6553
      E-mail: lee@sfclasslaw.com
 6
      Co-Lead Counsel and Executive Committee
 7    Members

 8    Jeffrey Kodroff
      SPECTOR, ROSEMAN, KODROFF &
 9    WILLIS, P.C.
      1818 Market Street, Suite 2500
10    Philadelphia, PA 19103
      Tel.: (215) 496 0300
11    Fax: (215) 496 6611
      E-mail: jkodroff@srkw-law.com
12
      Nicholas Chimicles
13    Kimberly Donaldson
      CHIMICLES & TIKELLIS LLP
14    361 W. Lancaster Avenue
      Haverford, PA 19401
15    Tel.: (610) 642-8500
      Fax: (610) 649-3633
16    E-mail: nick@chimicles.com
              kimdonaldson@chimicles.com
17
      Lance Harke
18    HARKE & CLASBY
      9699 NE Second Avenue
19    Miami, FL 33138
      Tel.: (305) 536-8220
20    Fax: (305) 536-8229
      E-mail: lharke@harkeclasby.com
21
      Hollis Salzman
22    LABATON SUCHAROW
      140 Broadway
23    New York, NY 10005
      Tel.:(212) 907-0700
24    Fax:(212) 818-0477
      E-mail: hsalzman@labaton.com
25
      Executive Committee Members
26
27
28
```

| | | |
|---|---|---|
| 1 | Dated: May 22, 2012 | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation |
| 2 | | |
| 3 | | |
| 4 | | By: /s/ Jonathan M. Jacobson |
| 5 | | Jonathan M. Jacobson<br>1301 Avenue of the Americas<br>40th Floor |
| 6 | | New York, NY 10019<br>Telephone: (212) 999-5800 |
| 7 | | Facsimile: (212) 999-5899 |
| 8 | | Colleen Bal<br>Wilson Sonsini Goodrich & Rosati PC |
| 9 | | 650 Page Mill Road<br>Palo Alto, CA 94304 |
| 10 | | Telephone: (650) 493-9300<br>Facsimile: (650) 493-8111 |
| 11 | | |
| 12 | | MINTZ LEVIN COHN FERRIS GLOVSKY<br>AND POPEO, P.C<br>Harvey I. Saferstein |
| 13 | | 2029 Century Park East, Suite 1370<br>Los Angeles, California 90067 |
| 14 | | Telephone: (310) 586-3200 |
| 15 | | ***Attorneys for Defendants*** |